**Exhibit A to the Complaint**

**Location:** Dayton, OH  **IP Address:** 65.189.48.102
**Total Works Infringed:** 32  **ISP:** Spectrum

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 769F2F9D5FA2B70468780A6ABDA2FAECE7C6CC30 | 02/08/2025 18:14:50 | Vixen | 02/07/2025 | 02/18/2025 | PA0002515982 |
| 2 | 067633D127C3B84FF727599FFDABAD4603C04420 | 02/03/2025 15:22:43 | Tushy | 02/02/2025 | 02/18/2025 | PA0002515927 |
| 3 | B49F67C240BF2356FD41A5634C7455E2E6789D28 | 01/28/2025 14:17:24 | Tushy | 01/27/2025 | 02/18/2025 | PA0002515936 |
| 4 | B5F845597E757958F334C78B3949B55129C4C90D | 12/07/2024 04:02:10 | Vixen | 12/06/2024 | 12/13/2024 | PA0002506273 |
| 5 | A03107BB0D547C2ECCA41FC935974EF716C9FAB5 | 12/05/2024 13:57:54 | Blacked Raw | 03/25/2023 | 04/07/2023 | PA0002405729 |
| 6 | 332B234E320CA1AB726640AAE2CFB5CEA4585376 | 11/30/2024 01:46:20 | Blacked | 11/29/2024 | 12/13/2024 | PA0002506313 |
| 7 | 837056B1085251A96AB3D6BD87D5394856FCCC66 | 11/22/2024 14:05:37 | Blacked Raw | 02/07/2022 | 02/14/2022 | PA0002335458 |
| 8 | 3cbbb77afcd65a8010df2b510c2c6e65f0084736 | 11/12/2024 01:32:42 | Blacked | 11/09/2024 | 11/18/2024 | PA0002501017 |
| 9 | c409fbd2ab404a613ce4fa6e5196c12b34639ffc | 11/11/2024 17:53:45 | Vixen | 11/08/2024 | 11/18/2024 | PA0002500853 |
| 10 | 6A7B02C4E05881AFC9BF772DED174C43486A3D0E | 10/23/2024 03:43:45 | TushyRaw | 10/22/2024 | 11/18/2024 | PA0002500904 |
| 11 | 3646abd0d35c862c5d45e93d050de72499ea46dd | 10/17/2024 14:20:22 | Vixen | 10/31/2017 | 12/05/2017 | PA0002097990 |
| 12 | 980AFBAB906CDAC68D30A16C7045DFF7408FA125 | 10/15/2024 18:00:04 | Blacked | 10/10/2024 | 10/16/2024 | PA0002494697 |
| 13 | 2aa6a1024c1d7a364fab7e06ebf19ff990c77086 | 09/25/2024 15:01:19 | Blacked Raw | 09/09/2019 | 10/01/2019 | PA0002217358 |
| 14 | A9A179C4AC43970CCA6A185147521D24BBC7FFE2 | 09/21/2024 14:19:36 | Vixen | 09/20/2024 | 10/16/2024 | PA0002494775 |
| 15 | 9EBF5B0ADC9D2EE597C5117C543E979984BF1ACC | 09/19/2024 19:38:51 | Blacked Raw | 07/21/2018 | 09/01/2018 | PA0002119592 |
| 16 | d3e337674de56541f1f01cba62ea6343297e421d | 09/01/2024 03:02:50 | Blacked Raw | 04/11/2022 | 04/23/2022 | PA0002346408 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | CDCB3B1252C6BD8FC6A4D20CBAEFAA691F579201 | 08/27/2024 21:43:10 | TushyRaw | 08/27/2024 | 09/18/2024 | PA0002490456 |
| 18 | d0f2b24eb82c8e01738b52aecf08c0b8f654c2bd | 08/17/2024 00:14:45 | Tushy | 05/06/2019 | 06/03/2019 | PA0002178772 |
| 19 | 090E1E7DB417BA033A9E5CE9D5135A4A0E0E5717 | 08/10/2024 02:11:29 | Vixen | 08/09/2024 | 08/15/2024 | PA0002484824 |
| 20 | 4b2a46829c674b3d0f1f08abf08fa39a64b9d4db | 07/25/2024 22:15:46 | Blacked | 10/22/2017 | 11/21/2017 | PA0002063627 |
| 21 | 781827f93f186e7ae61437877c5f388b522fa21d | 07/17/2024 22:43:14 | Vixen | 08/14/2020 | 08/31/2020 | PA0002265636 |
| 22 | 100b6f9c5a2944db7df3364e036d66ffc17be1a1 | 07/07/2024 08:06:07 | Blacked Raw | 10/04/2021 | 10/19/2021 | PA0002317056 |
| 23 | eb9649dda2323288f92ed22a89acec80be7fb8c9 | 07/01/2024 23:43:03 | Blacked | 12/10/2022 | 01/10/2023 | PA0002389588 |
| 24 | 7B74C6D969250502C5FEA449A38209883DE7F49D | 06/18/2024 00:46:15 | Tushy | 06/16/2024 | 07/15/2024 | PA0002480649 |
| 25 | 8ca86cdf6afe3b09fe0090e6233de76e4e5128f8 | 06/13/2024 04:20:54 | Blacked Raw | 01/31/2022 | 02/14/2022 | PA0002335501 |
| 26 | 03BF287A8CBD4D8AC9955D647E919B844E8369F3 | 05/29/2024 21:48:44 | Milfy | 05/29/2024 | 09/05/2024 | PA0002491135 |
| 27 | 6898ab4321568cfa38edf7e1468557b8b92af5e2 | 05/25/2024 03:35:38 | Vixen | 03/15/2018 | 04/17/2018 | PA0002116747 |
| 28 | B71C61157A2744C5FC253993C92BF6CE8A28B954 | 04/13/2024 22:09:14 | Blacked | 04/13/2024 | 05/08/2024 | PA0002470011 |
| 29 | FBA3035D2840ACD2CFBDB86BD38C1BB417EC1A4E | 04/13/2024 02:56:21 | Vixen | 04/12/2024 | 05/09/2024 | PA0002470236 |
| 30 | C30CCFC380D7DF878CE1FDAAD2D8484EB745023C | 04/07/2024 23:37:53 | Tushy | 04/07/2024 | 04/12/2024 | PA0002465210 |
| 31 | 2F946B9518743D115169AAB2B05DB20C242CF285 | 04/02/2024 21:23:46 | Tushy | 03/31/2024 | 04/12/2024 | PA0002465211 |
| 32 | 5A8A0095C538A7DDCCEDB1237FE1BA75C45A11E4 | 03/30/2024 00:57:55 | Blacked | 03/29/2024 | 04/10/2024 | PA0002464918 |